# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **GRACE GARZA-LAURELES,** **Individually and on behalf** **of all others similarly situated,** | § § § § § § § § § | **Civil Action No. 3:26-CV-00466-REH** |
| *Plaintiff,* | § § | |
| **v.** | § § § | |
| **LAB LOGISTICS LLC,** | § § § | |
| *Defendant.* | § § § § § | |

---

## NOTICE OF RULE 41 DISMISSAL WITHOUT PREJUDICE

---

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)—the Defendant having filed neither an answer nor a motion for summary judgment—Plaintiff Grace Garza-Laureles hereby gives notice that the above captioned case is voluntarily dismissed without prejudice in its entirety. Pursuant to Rule 41, this dismissal is effective upon filing.

Date:    March 30, 2026                Respectfully submitted,

**PLAINTIFF, GRACE GARZA-LAURELES**

By:    */s/ Richard E. Hayber*
          Richard E. Hayber
          **Hayber, McKenna & Dinsmore, LLC**
          750 Main Street, Suite 904
          Hartford, CT 06103
          Juris No. 426871
          Tel: (860) 522-8888
          Fax: (860) 218-9555
          rhayber@hayberlawfirm.com

**ANDERSON ALEXANDER, PLLC**

By:    */s/ Clif Alexander*
          **Clif Alexander** (*pro hac vice anticipated*)
          Texas Bar No. 24064805
          clif@a2xlaw.com
          **Austin Anderson** (*pro hac vice anticipated*)
          Texas Bar No. 24045189
          austin@a2xlaw.com
          **Carter T. Hastings** (*pro hac vice anticipated*)
          Texas Bar No. 24101879
          carter@a2xlaw.com
          101 N. Shoreline Blvd, Suite 610
          Corpus Christi, Texas 78401
          Telephone: (361) 452-1279
          Facsimile: (361) 452-1284

          ***Attorneys in Charge for Plaintiff and Putative Collective/Class Members***